# 5cvUnited States District Court
## Middle District Of Florida
### Orlando Division

RICHARD BARRETT DALE WALKER AND JOANNE M CERRITO,

        Plaintiffs,

v.

        Case No: 6:25-cv-00044-WWB-LHP

DISMAS CHARITIES, INC. AND STEPHEN RICKS,

        Defendants

---

## Order

This cause comes before the Court following a Case Management Conference pursuant to the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program (Doc. No. 5), held today. Doc. Nos. 12, 15, 17. As discussed with the parties at the Conference, it is **ORDERED** that on or before **March 11, 2025**, the parties shall either file a fully executed Stipulated Consent to the IDEAL Program and Magistrate Judge Authority signed by all parties (unilateral consents should not be filed) or submit the standard Case Management Report. *See* Doc. No. 5 ¶ 4.

It is further **ORDERED** that on or before **March 18, 2025**, Plaintiffs shall file

- 2 -

their response to the pending motion to dismiss (Doc. No. 13). **Failure to timely respond by this deadline will result in the Court treating the motion to dismiss (Doc. No. 13) as unopposed in all respects.** *See* **Local Rule 3.01(c).**

Finally, the Court notes Plaintiffs' consent to service by email of all court documents going forward from Defendants. *See* Fed. R. Civ. P. 5(b)(2)(E), (F). The Court also reminds the parties that they may consent to Magistrate Judge jurisdiction outside of the IDEAL program at any point in time.

**DONE** and **ORDERED** in Orlando, Florida on February 25, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties