# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RICHARD BARRETT DALE
WALKER and JOANNE M CERRITO,

      Plaintiffs,

v.                                             Case No:   6:25-cv-44-LHP

DISMAS CHARITIES, INC. and
STEPHEN RICKS,

      Defendants

---

## ORDER

This cause comes before the Court upon consent of the parties to the undersigned's jurisdiction and the IDEAL Program, Doc. Nos. 21, 23–24, and following a preliminary pretrial conference, Doc. Nos. 25–26.  At the conference, the Court discussed with the parties Defendants' pending motion to dismiss (Doc. No. 13), Plaintiffs' response, which includes an embedded request for leave to amend (Doc. No. 22), the complaint (Doc. No. 1-1), and proceedings related thereto.  Doc. No. 26.   For the reasons stated on the record at the conference, it is **ORDERED** as follows:

1. Defendants' motion to dismiss (Doc. No. 13) is **GRANTED in part**, to the extent that Plaintiffs' complaint (Doc. No. 1-1) is **DISMISSED without prejudice as a shotgun pleading**. *See Weiland v. Palm Beach Cty. Sheriff's Office*, 792 F.3d 1313, 1320–23 (11th Cir. 2015). The motion to dismiss (Doc. No. 13) is **DENIED without prejudice in all other respects**.

2. Within **twenty-one (21) days** of the date of this Order, Plaintiffs shall file an amended complaint in accordance with the discussion had with Plaintiffs at the conference.

3. Defendants shall respond to the amended complaint within **twenty-one (21) days** of its filing.

4. Pending Defendants' response to the forthcoming amended complaint, all remaining aspects of this case, including discovery, are hereby **STAYED** until further Order from the Court. Upon the filing of Defendants' response, the Court will set this matter for further proceedings, as appropriate.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties